**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Karen Ferke Gatens | BKY. NO. 15-00778 RNO
<u>Debtor(s)</u>

CHAPTER 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2003-B, Asset Backed Pass-Through Certificates, Series 2003-B, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7226

    Respectfully submitted,

<u>/s/ **Thomas Puleo**</u>
Thomas Puleo, Esquire
James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406
Attorney for Movant/Applicant

Case 5:15-bk-00778-RNO    Doc 47    Filed 12/19/16    Entered 12/19/16 13:51:20    Desc
Main Document    Page 1 of 1