```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 15-00778-JJT
Karen Ferke Gatens                                              Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5     User: CGambini     Page 1 of 1     Date Rcvd: Mar 20, 2017
                       Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2017.
4665490      +Deutsche Bank National Trust Company, as Trustee,,    c/o JPMorgan Chase Bank, N.A., 3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2017 at the address(es) listed below:
      Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
      Jada S Greenhowe    on behalf of Defendant    PHFA/HEMP JGREENHOWE@PHFA.ORG
      Jonathan Wilkes Chatham    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@state.pa.us,    RA-occbankruptcy6@state.pa.us
      Joshua I Goldman    on behalf of Creditor    Deutsche Bank National Trust Company bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for the New Century Home Equity Loan Trust, Series 2003-B, Asset Backed Pass-Through Certificates, Series 2003-B mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
      Thomas I Puleo    on behalf of Creditor    Deutsche Bank National Trust Company tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Tullio DeLuca    on behalf of Debtor Karen Ferke Gatens tullio.deluca@verizon.net
      Tullio DeLuca    on behalf of Plaintiff Karen Ferke Gatens tullio.deluca@verizon.net
      United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                 TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:15-bk-00778-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Karen Ferke Gatens
123 Church St.
Moscow PA 18444

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/20/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: Deutsche Bank National Trust Company, as Trustee,, c/o JPMorgan Chase Bank, N.A., 3415 Vision Drive, OH4-7142, Columbus, OH 43219 | Deutsche Bank National Trust Company as Trustee<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250<br>Deutsche Bank National Trust Company as<br>c/o Select Portfolio Servicing, Inc. |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/22/17                                Terrence S. Miller
                                                **CLERK OF THE COURT**