In re:  
Karen Ferke Gatens  
    Debtor

Case No. 15-00778-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2     Date Rcvd: Mar 06, 2020  
                      Form ID: pdf010     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2020.

```
db             +Karen Ferke Gatens,    123 Church St.,    Moscow, PA 18444-9035
4611367         Advanced Imaging Specialists,    1000 Meade Street, Medical Plaza,    Medical Plaza,
                 Dunmore, Pennsylvania 18512
4611369        +Chase Home Finance,    3415 Vision Dr.,    Attn: Bankruptcy Dept.,    Columbus,, Ohio 43219-6009
4611370         Computer Credit, Inc.,    Claim Dept. 82690,    640 W. Fourth St.,    P.O. Box 5238,
                 Winston-Salem, North Carolina 27113-5238
4665490        +Deutsche Bank National Trust Company, as Trustee,,    c/o JPMorgan Chase Bank, N.A.,
                 3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009
4611371        +G & S Containers Inc.,    Rear 457 N. Main St.,    PO Box 249,    Moscow, PA 18444-0249
4611372         Geisinger Community Medical Center,    P.O. Box 824530,    Philadelphia Pa  19182-4530
4611373        +Geisinger Health System,    100 North Academy Ave.,    Danville, Pennsylvania 17822-0001
4611374        +KML Law Group, P.C. (Suite 5000, BNY Mel,    Suite 5000, BNY Mellon Independence Ctr.,
                 701 Market St.,    Philadelphia, Pennsylvania 19106-1538
4611375        +MED REV Recoveries, Inc.,    100 Metropolitan Park Dr #100,    Liverpool, NY 13088-5842
4611376        +Medical Data Systems,    2001 9th Ave.,    Ste. 3,    Vero Beach, Florida 32960-6413
4611377        +Moscow Sewer Authority,    P.O. Box 525, 309 Market St.,    Moscow, Pennsylvania 18444-0525
4611379        +Moses Taylor Hospital,    700 Quincy Ave.,    Attn: Justin Davis, CEO,
                 Scranton, Pennsylvania 18510-1798
4611378        +Moses Taylor Hospital,    Box 1270,    Scranton, Pennsylvania 18501-1270
4611382        +Scranton Orthopaedic Specialists, PC,    334 Main Street,
                 Dickson City, Pennsylvania 18519-1769
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4611368        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 06 2020 19:22:41      Capital One,
                 P.O Box 30285,    Salt Lake City, Utah 84130-0285
4641959        +E-mail/Text: bnc@bass-associates.com Mar 06 2020 19:09:04      Cavalry Spv 1, LLC,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
4897287        +E-mail/Text: jennifer.chacon@spservicing.com Mar 06 2020 19:09:20
                 Deutsche Bank National Trust Company as Trustee,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250,    Deutsche Bank National Trust Company as,
                 c/o Select Portfolio Servicing, Inc. 84165-0250
4897286         E-mail/Text: jennifer.chacon@spservicing.com Mar 06 2020 19:09:20
                 Deutsche Bank National Trust Company as Trustee,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
4611380         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 06 2020 19:09:10      PA Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,    Harrisburg, Pennsylvania 17128-0496
4633925         E-mail/Text: blegal@phfa.org Mar 06 2020 19:09:11      PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
4611381        +E-mail/Text: blegal@phfa.org Mar 06 2020 19:09:11      PHFA,    2101 N. Front St.,
                 P.O. Box 15530,    Harrisburg, Pennsylvania 17105-5530
4626768         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 06 2020 19:09:10
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK N.A.
4648028*       +G&S Containers Inc,    Rear 457 N. Main St.,    PO Box 249,    Moscow, PA 18444-0249
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2020 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Jada S Greenhowe    on behalf of Defendant    PHFA/HEMP JGREENHOWE@PHFA.ORG
          Jonathan Wilkes Chatham    on behalf of Creditor    PA Dept of Revenue
           RA-occbankruptcy7@state.pa.us,  RA-occbankruptcy6@state.pa.us
          Joshua I Goldman    on behalf of Creditor    Deutsche Bank National Trust Company
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Matthew Christian Waldt    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee
           for the New Century Home Equity Loan Trust, Series 2003-B, Asset Backed Pass-Through
           Certificates, Series 2003-B mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          Thomas I Puleo    on behalf of Creditor    Deutsche Bank National Trust Company
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Tullio  DeLuca    on behalf of Plaintiff Karen Ferke Gatens tullio.deluca@verizon.net
          Tullio  DeLuca    on behalf of Debtor 1 Karen Ferke Gatens tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 9
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **KAREN FERKE GATENS**<br>**AKA: KAREN ELIZABETH FERKE**<br>**GATENS,**<br>**AKA KAREN F. GATENS, AKA**<br>**KAREN**<br>**GATENS DBA: DBA SENTAG**<br>**CONSTRUCTION**<br>　　　　　　　　　　**Debtor 1** | **Chapter:**　　　13<br><br><br><br><br><br>**Case No.:**　　5-15-bk-00778 RNO |
| **CHARLES J. DEHART, III**<br>**CHAPTER 13 TRUSTEE**<br>　　　　　　　　　**Movant(s)**<br>　　vs.<br>**KAREN FERKE GATENS AKA**<br>**KAREN ELIZABETH FERKE**<br>**GATENS, AKA KAREN F.**<br>**GATENS, AKA KAREN GATENS**<br>**DBA SENTAG CONSTRUCTION**<br>　　　　　　　　**Respondent(s)** | **Document No.:**　　57 |

## ORDER VACATING ORDER GRANTING MOTION TO DISMISS CASE

AND NOW, upon a review of the record of the proceedings held in this matter on March 4, 2020, it appears that the disposition of the Motion is not accurately reflected in the Proceeding Memo at document no. 56 due to an administrative error; **IT IS HEREBY ORDERED** that the Order Granting the Motion to Dismiss Case entered on March 5, 2020, is hereby vacated by this Order; and,

**FURTHER ORDERED** that the Proceeding Memo at document no. 56 is hereby amended to reflect the correct disposition of the Motion as being Withdrawn in Open Court with consent. The Clerk is directed to reinstate this Case.

Dated: February 5, 2020　　　　　　By the Court,

　　　　　　　　　　　　　　　　　*Robert N. Opel II* (signature)
　　　　　　　　　　　　　　　　　Robert N. Opel, II, Bankruptcy Judge (BI)

Order Vacating - Revised 04/18