Certificate Number: 15317-PAM-DE-034542444

Bankruptcy Case Number: 15-00778


15317-PAM-DE-034542444

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 9, 2020, at 9:09 o'clock AM PDT, Karen Gatens completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 9, 2020     By: /s/Madelyn Kotb

Name: Madelyn Kotb

Title: Counselor