```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                    Case No. 15-00778-RNO
Karen Ferke Gatens                                        Chapter 13
          Debtor                    CERTIFICATE OF NOTICE

```
District/off: 0314-5        User: AutoDocke      Page 1 of 1         Date Rcvd: Jun 16, 2020
                            Form ID: fnldec       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2020.
db              +Karen Ferke Gatens,   123 Church St.,   Moscow, PA 18444-9035

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          Jada S Greenhowe   on behalf of Defendant   PHFA/HEMP JGREENHOWE@PHFA.ORG
          Jonathan Wilkes Chatham   on behalf of Creditor   PA Dept of Revenue
           RA-occbankruptcy7@state.pa.us,   RA-occbankruptcy6@state.pa.us
          Joshua I Goldman   on behalf of Creditor   Deutsche Bank National Trust Company
           josh.goldman@padgettlawgroup.com,   bkgroup@kmllawgroup.com
          Matthew Christian Waldt   on behalf of Creditor   Deutsche Bank National Trust Company as Trustee
           for the New Century Home Equity Loan Trust, Series 2003-B, Asset Backed Pass-Through
           Certificates, Series 2003-B mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          Thomas I Puleo   on behalf of Creditor   Deutsche Bank National Trust Company
           tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Tullio  DeLuca   on behalf of Plaintiff Karen Ferke Gatens tullio.deluca@verizon.net
          Tullio  DeLuca   on behalf of Debtor 1 Karen Ferke Gatens tullio.deluca@verizon.net
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                        TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Karen Ferke Gatens,<br>aka Karen Elizabeth Ferke Gatens, aka Karen F. Gatens,<br>aka Karen Gatens, dba Sentag Construction,<br><br>**Debtor 1** | Chapter        13<br><br>Case No.        5:15−bk−00778−RNO |

Social Security No.:

                 xxx−xx−8429

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Charles J DeHart, III (Trustee)

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  June 16, 2020

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: KarenDavis, Deputy Clerk

**fnldec** (05/18)